THOMAS P. MCKENNA, respondent,

*v.*

RICHARD F. CORCORAN et al., appellants.

[Argued March 16th, 1906. Decided November 19th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *70 N. J. Eq. 627.*

*Mr. Charles J. Roe,* for the appellants.

*Messrs. Collins & Corbin,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set forth in the opinion filed in the court of chancery by Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.